USDC SCAN INDEX SHEET










```
JOEH    5/2/06    9:56
3:06-CV-00559   NOVA RANGER, INC V. DENTSPLY
*6*
*STIPO.*
```

Harvey Freedenberg [PA Bar No. 23152]
Shawn K. Leppo [PA Bar No. 94569]
**McNEES WALLACE & NURICK, LLC**
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
Telephone: (717) 237-5267
Facsimile: (717) 237-5300

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. ANTHONY MOYA [CA Bar No. 137786]
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendant
DENTSPLY INTERNATIONAL, INC.

FILED
2006 MAY -1 PH 2: 16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA RANGER, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTSPLY INTERNATIONAL, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 06 CV 0559 <br><br> The Hon. Roger T. Benitez <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** <br><br> [CivLR 12.1] <br><br> FILED: March 14, 2006 |

IT IS HEREBY STIPULATED by and between Plaintiff, Nova Ranger, Inc., and defendant, DENTSPLY International, Inc., by and through their respective counsel, that Defendant shall have up to and including May 7, 2006 to respond to the complaint. This is the first extension of the date for responding to the complaint.

DENTSPLY International, Inc., asserts that good cause exists to support the granting of the extension insofar as DENTSPLY International, Inc., needs additional time to research the claims alleged by Plaintiff, Nova Ranger, Inc., and to collect information and documents relating to its

4845-6491-8016.1
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

verified response. In addition, the parties are engaged in discussions that may lead to resolution of the claim.

IT IS SO AGREED.

DATED: April 20, 2006

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By *N. Anthony Moya*
R. Anthony Moya
Attorneys for Defendant
DENTSPLY INTERNATIONAL, INC.

DATED: April 17, 2006

**THE TECH LAW GROUP, P.C.**

By _____
Jonathan A. Paul
Attorneys for Plaintiff
NOVA RANGER, INC.

**ORDER**

IT SO ORDERED.

April 28, 2006.

_____
Magistrate Judge