USDC SCAN INDEX SHEET

















JOEH    5/8/06    12:19

3:06-CV-00559   NOVA RANGER, INC V. DENTSPLY

*7*

*ANS/CNT.*

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   R. Anthony Moya     [CA Bar No. 137786]
2  550 West "C" Street, Suite 800
   San Diego, California  92101
3  Telephone: (619) 233-1006
   Facsimile: (619) 233-8627
4
   **McNEES WALLACE & NURICK, LLC**
5  Harvey Freedenberg   [PA Bar No. 23152]
   Shawn K. Leppo       [PA Bar No. 94569]
6  100 Pine Street
   P. O. Box 1166
7  Harrisburg, PA 17108-1166
   Telephone:  (717) 237-5267
8  Facsimile:  (717) 237-5300

9  Attorneys for Defendant
   DENTSPLY INTERNATIONAL, INC.
10

11            UNITED STATES DISTRICT COURT

12          SOUTHERN DISTRICT OF CALIFORNIA

13  NOVA RANGER, INC.,                ) CASE NO. 06 CV 0559 BEN
                                      )
14            Plaintiff,              )
                                      )
15      v.                            ) **ANSWER TO COMPLAINT WITH**
                                      ) **AFFIRMATIVE DEFENSES AND**
16  DENTSPLY INTERNATIONAL, INC.; DOES) **COUNTERCLAIM**
    1 through 10, inclusive,          )
17                                    ) Jury Trial Demanded
            Defendants.               )
18                                    ) The Hon. Roger T. Benitez
                                      ) Magistrate Judge Nita Stormes
19  _____   )
    DENTSPLY INTERNATIONAL, INC.      )
20                                    ) Action Filed:  March 14, 2006
            Counterclaim Plaintiff,   )
21                                    )
        v.                            )
22                                    )
    NOVA RANGER, INC.,                )
23                                    )
            Counterclaim Defendant    )
24                                    )
            and                       )
25                                    )
    J. MARTIN and ANNE-MARIE          )
26  OSTERWALDER, in their capacity as Trustees )
    of the OSTERWALDER LIVING TRUST,  )
27                                    )
            Third-Party Defendants.   )
28  _____   )

*LEWIS BRISBOIS BISGAARD & SMITH LLP*
*550 WEST "C" STREET, SUITE 800*
*SAN DIEGO, CALIFORNIA  92101-3540*
*TELEPHONE (619) 233-1006*

FILED

06 MAY -5  PM 12: 03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___  DEPUTY



1.    Paragraph 1 of the Complaint filed by Nova Ranger Inc. ("Nova Ranger") states a conclusion of law to which no responsive pleading is required.

2.    Paragraph 2 of Nova Ranger's Complaint states a conclusion of law to which no responsive pleading is required.

3.    Denied. DENTSPLY International Inc. ("Dentsply") is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 3 of Nova Ranger's Complaint, and the same are therefore denied.

4    Admitted in part and denied in part. Admitted that Dentsply conducts business throughout the United States and in this District; otherwise denied.

5.    Paragraph 5 of Nova Ranger's Complaint states a conclusion of law to which no responsive pleading is required.

6.    Denied. Dentsply is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 6 of Nova Ranger's Complaint, and the same are therefore denied.

7.    Admitted.

8.    Admitted in part and denied in part. Whether the '696 Patent was duly and lawfully issued is a conclusion of law to which no responsive pleading is required. Admitted that the '696 Patent is attached to Nova Ranger's Complaint as Exhibit 1. Dentsply is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 8 of Nova Ranger's Complaint, and the same are therefore denied.

9.    Denied. Dentsply is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 9 of Nova Ranger's Complaint, and the same are therefore denied.

10.    Denied. Dentsply is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 10 of Nova Ranger's Complaint, and the same are therefore denied.

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIM

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    11.    Admitted in part and denied in part.  Admitted that Dentsply had a contract with

2  Curing Technology to manufacture a device for curing dental resins and that Dentsply's contract

3  with Curing Technology is no longer in effect; otherwise denied.

4    12.    Admitted in part and denied in part.  Admitted that Dentsply signed a Letter of

5  Intent ("LOI") with Nova Ranger on or about September 13, 2002, and that a copy of the LOI is

6  attached to Nova Ranger's Complaint as Exhibit 2.  The LOI speaks for itself, and Nova Ranger's

7  partial summary and characterization thereof is denied.

8    13.    Admitted in part and denied in part.  Admitted that Dentsply paid Nova Ranger

9  $8,750 on or about September 17, 2002.  Dentsply is without knowledge or information sufficient

10  to form a belief as to the truth of the remaining averments of Paragraph 13 of Nova Ranger's

11  Complaint, and the same are therefore denied.

12    · 14.    Denied.  The LOI speaks for itself, and Nova Ranger's partial summary and

13  .characterization thereof is denied.

14    15.    Denied.  The LOI speaks for itself, and Nova Ranger's partial summary and

15  characterization thereof is denied.

16    16.    Admitted in part and denied in part.  Admitted that Dentsply negotiated with Nova

17  Ranger after the parties entered into the LOI; otherwise denied.

18    17.    Denied.  Dentsply is without knowledge or information sufficient to form a belief

19  as to the truth of the averments of Paragraph 17 of Nova Ranger's Complaint, and the same are

20  therefore denied.

21    18.    Admitted in part and denied in part.  Admitted that Exhibit 3 of Nova Ranger's

22  Complaint is a Confidential Disclosure Agreement ("CDA") executed by Daniel Murphy as Vice

23  President and General Manager of Dentsply.  Dentsply is without knowledge or information

24  sufficient to form a belief as to the truth of the remaining averments of Paragraph 18 of Nova

25  Ranger's Complaint, and the same are therefore denied.

26    19.    Denied.  The CDA speaks for itself, and Nova Ranger's partial summary and

27  characterization thereof is denied.

28  ///

20.    Admitted in part and denied in part.  Admitted that Dentsply did not execute a license agreement with Nova Ranger for the '696 patent subsequent to the LOI and that Dentsply's payment to Nova Ranger is limited to the $8,750 paid on or about September 17, 2002; otherwise denied.

21.    Denied.

22.    Denied.

23.    Denied.

24.    Denied.

25.    Denied.

### FIRST CAUSE OF ACTION

### (Patent Infringement of U.S. Patent No. 6,102,696)

26.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Denied.  Dentsply is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 31 of Nova Ranger's Complaint, and the same are therefore denied.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

### SECOND CAUSE OF ACTION

### (Wrongful Disclosure of Trade Secrets)

36.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

37.    Denied.

38.    Denied.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIM

1    39.    Denied.

2                        **THIRD CAUSE OF ACTION**

3    **(Wrongful Appropriation of Property, Confidential Information and Know-How)**

4    40.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

5    41.    Denied.

6    42.    Denied.

7    43.    Denied.

8                        **FOURTH CAUSE OF ACTION**

9                           **(Breach of Contract)**

10   44.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

11   45.    Denied.

12   46.    Denied.

13   47.    Denied.

14                        **FIFTH CAUSE OF ACTION**

15   **(Intentional Interference with Prospective Economic Advantage)**

16   48.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

17   49.    Denied.  Dentsply is without knowledge or information sufficient to form a belief as

18   to the truth of the averments of Paragraph 49 of Nova Ranger's Complaint, and the same are therefore

19   denied.

20   50.    Denied.

21   51.    Denied.

22   52.    Denied.

23   53.    Denied.

24   54.    Denied

25                        **SIXTH CAUSE OF ACTION**

26   **(Negligent Interference with Prospective Economic Advantage)**

27   55.    Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

28   ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  56. Denied.  Dentsply is without knowledge or information sufficient to form a belief as

2 to the truth of the averments of Paragraph 56 of Nova Ranger's Complaint, and the same are therefore

3 denied.

4  57. Denied.

5  58. Denied.

6  59. Denied.

7  60. Denied.

8  61. Denied.

9  62. Denied.

10      **SEVENTH CAUSE OF ACTION**

11  **(Unfair Competition in Violation of Business and Professions Code §17200, *et seq.*)**

12  63. Dentsply incorporates herein by reference the averments of Paragraphs 1-25, above.

13  64. Denied.

14  65. Denied.

15  66. Denied.

16      **FIRST AFFIRMATIVE DEFENSE**

17  67. Nova Ranger's Complaint fails to state a claim against Dentsply upon which relief can

18 be granted.

19      **SECOND AFFIRMATIVE DEFENSE**

20  68. Dentsply has not infringed, either literally or under the doctrine of equivalents, nor

21 contributed to the infringement by others, nor actively induced others to infringe any claim of the '696

22 Patent.

23      **THIRD AFFIRMATIVE DEFENSE**

24  69. J. Martin Osterwalder assigned his rights in the '696 Patent to the Osterwalder Living

25 Trust, J. Martin Osterwalder and Anne-Marie Osterwalder, Trustees, on March 22, 2001 (hereafter

26 the "Living Trust Assignment").

27  70. The Living Trust Assignment was recorded at the U.S. Patent & Trademark Office on

28 March 26, 2001.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

71.     On information and belief, the Osterwalder Living Trust still has an ownership interest in the '696 Patent.

72.     The Osterwalder Living Trust, J. Martin Osterwalder and Anne-Marie Osterwalder, Trustees, are persons needed for just adjudication of the case under Rule 19 of the F.R.C.P.

73.     Nova Ranger's Complaint improperly fails to join J. Martin Osterwalder and Anne-Marie Osterwalder as Trustees of the Osterwalder Living Trust as parties Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

74.     The '696 Patent is invalid, void and unenforceable for failure to comply with the provisions of 35 U.S.C. §§ 101, 102, 103 and/or 112.

### FIFTH AFFIRMATIVE DEFENSE

75.     On the basis of the proceedings in the United States Patent and Trademark Office in connection with the prosecution of the application for the '696 Patent, Nova Ranger is estopped from asserting a construction of any or all of the claims of the '696 Patent that would encompass, literally or under the doctrine of equivalents, any products used, made or sold by Dentsply or any method practiced by Dentsply.

### SIXTH AFFIRMATIVE DEFENSE

76.     Dentsply independently developed its own device for curing dental resins without reference to any documents, materials, drawings, summaries, abstracts, know-how, trade secrets or any other property or information owned or provided in confidence by Nova Ranger or any party affiliated therewith to Dentsply.

### SEVENTH AFFIRMATIVE DEFENSE

77.     Dentsply has not disclosed or otherwise provided to any third party any documents, materials, drawings, summaries, abstracts, know-how, trade secrets or any other property or information owned or provided in confidence by Nova Ranger or any party affiliated therewith to Dentsply.

### COUNTERCLAIM FOR DECLARATORY JUDGMENT

78.     Defendant and Counterclaim-Plaintiff Dentsply is a Delaware corporation having its principal place of business at 221 West Philadelphia Street, York, Pennsylvania 17405-0872.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

79. Plaintiff and Counterclaim-Defendant Nova Ranger alleges that it is a California corporation with its principal place of business at 2149 Via Tiempo, Cardiff, California.

80. On information and belief, Third Party Defendants J. Martin Osterwalder and Anne-Marie Osterwalder are Trustees of the Osterwalder Living Trust, having an address at 2119 Via Tiempo, Cardiff, California 92007.

81. This Court has jurisdiction over the parties and the subject matter of Dentsply's Counterclaim pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202 and the patent laws of the United States, 35 U.S.C. § 1, et seq. Venue is proper in the Southern District of California because Nova Ranger's action was filed in this District and because, upon information and belief, J. Martin Osterwalder and Anne-Marie Osterwalder reside here.

82. On information and belief, on or about August 15, 2000, the '696 Patent was issued.

83. Nova Ranger alleges, in Paragraph 27 of the Complaint, that it owns all right title and interest in and to the '696 Patent and has standing to sue and recover for infringement of the '696 Patent.

84. Nova Ranger has alleged in this action that Dentsply has infringed and is infringing the '696 Patent.

85. J. Martin Osterwalder executed the Living Trust Assignment in favor of the Osterwalder Living Trust, J. Martin Osterwalder and Anne-Marie Osterwalder, Trustees, on March 22, 2001.

86. The Living Trust Assignment was recorded at the U.S. Patent & Trademark Office on March 26, 2001. A certified copy of the Living Trust Assignment is attached hereto as Exhibit 1.

87. On May 18, 2005, J. Martin Osterwalder assigned his rights, as "sole owner" of the '696 Patent, to Nova Ranger (hereafter the "Nova Ranger Assignment"). A certified copy of the Nova Ranger Assignment is attached hereto as Exhibit 2.

88. J. Martin Osterwalder had previously assigned all his rights in the '696 Patent via the Living Trust Assignment and had no rights left to assign to Nova Ranger.

89. On information and belief, the Osterwalder Living Trust still has an ownership interest in the '696 Patent.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    90.    An actual and substantial justiciable controversy exists between Dentsply and Nova

2 Ranger regarding the validity of the '696 Patent and regarding whether Dentsply has infringed or is

3 infringing any valid claim of the '696 Patent.

4    91.    Because the Osterwalder Living Trust has an ownership interest in the '696 Patent via

5 the Living Trust Assignment, J. Martin Osterwalder and Anne-Marie Osterwalder, as Trustees of the

6 Osterwalder Living Trust, are parties necessary to the just adjudication of this claim.

7    92.    Dentsply incorporates herein by reference the averments of Paragraphs 67 through 91,

8 above.

9    93.    On the basis of these averments, Dentsply seeks a judgment declaring that the '696

10 Patent is invalid and/or not infringed by Dentsply.

11                          **JURY TRIAL DEMANDED**

12    94.    Dentsply demands a trial by jury on all issues so triable.

13                          **PRAYER FOR RELIEF**

14    WHEREFORE, Defendant DENTSPLY International, Inc. prays for relief as follows:

15    1.    Dismissing Nova Ranger's Complaint with prejudice.

16    2.    Declaring that the claims of the '696 Patent are invalid and/or not infringed by

17 Dentsply.

18    3.    Awarding Dentsply its reasonable attorneys' fees and the costs of this action pursuant

19 to 35 U.S.C. § 285.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1        4.    Granting Dentsply such other and further relief as the Court, in its discretion, deems

2    appropriate.

3    DATED:  May 5, 2006            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

4

5

6    By    _N. anthonymoyo_

            R. Anthony Moya

7                And

8                **McNEES WALLACE & NURICK, LLC**

            Harvey Freedenberg

9                Shawn K. Leppo

            Attorneys for Defendant

10               DENTSPLY INTERNATIONAL, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIM



A 7005471

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**March 30, 2006**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON
March 26, 2001.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

**L. EDELEN**
Certifying Officer

**FORM PTO-1619A**
Expires 06/30/99
OMB 0651-0027

04-10-2001

||||||||||||||||||

101658709

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

## RECORDATION FORM COVER SHEET
## PATENTS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

| Submission Type  3-26-01 | Conveyance Type |
|---|---|
| [X] New | [X] Assignment  [ ] Security Agreement |
| [ ] Resubmission (Non-Recordation) Document ID# | [ ] License  [ ] Change of Name |
| [ ] Correction of PTO Error Reel #_____ Frame #_____ | [ ] Merger  [ ] Other _____ |
| [ ] Corrective Document Reel #_____ Frame #_____ | **U.S. Government** (For Use ONLY by U.S. Government Agencies) [ ] Departmental File  [ ] Secret File |

### Conveying Party(ies)
[ ] Mark if additional names of conveying parties attached

| | Execution Date Month Day Year |
|---|---|
| Name (line 1) Osterwalder, J. Martin | 3- 22- 01 |
| Name (line 2) | |

**Second Party**

Execution Date Month Day Year

Name (line 1)

Name (line 2)

### Receiving Party
[ ] Mark if additional names of receiving parties attached

Name (line 1) Osterwalder Living Trust, dtd 12/7/93

Name (line 2) J. Martin & Anne-Marie Osterwalder, trustees

Address (line 1) 2119 Via Tiempo

Address (line 2)

Address (line 3) Cardiff      California      92007
                  City          State/Country  Zip Code

If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

### Domestic Representative Name and Address
Enter for the first Receiving Party only.

Name

Address (line 1)

Address (line 2)

Address (line 3)

Address (line 4)

**FOR OFFICE USE ONLY**      80C

04/09/2001 GTOH11   00000047 5521694
01 FC:581          40.00 OP

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments , Washington, D.C. 20231

04/26/2001 GTOH11   00000268 5521694
01 FC:581          40.00 OP

**PATENT**
**REEL: 011648 FRAME: 0378**

| FORM PTO-1619B<br>Expires 06/30/99<br>OMB 0651-0027 | **Page 2** | U.S. Department of Commerce<br>Patent and Trademark Office<br>**PATENT** |
|---|---|---|

**Correspondent Name and Address**

Area Code and Telephone Number  760-436-8670

Name  Osterwalder, J. Martin

Address (line 1)  2119 Via Tiempo

Address (line 2)  Cardiff, California 92007

Address (line 3)

Address (line 4)

**Pages**      Enter the total number of pages of the attached conveyance document including any attachments.      #  2

**Application Number(s) or Patent Number(s)**      ☐ Mark if additional numbers attached

*Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).*

| Patent Application Number(s) | | | Patent Number(s) | | |
|---|---|---|---|---|---|
| | | | 5521694 | | |
| | | | 6102696 | | |
| | | | | | |

If this document is being filed together with a new Patent Application, enter the date the patent application was signed by the first named executing inventor.      Month   Day   Year

**Patent Cooperation Treaty (PCT)**

Enter PCT application number **only if** a U.S. Application Number has not been assigned.

PCT            PCT            PCT

PCT            PCT            PCT

**Number of Properties**      Enter the total number of properties involved.      #      2

**Fee Amount**      Fee Amount for Properties Listed (37 CFR 3.41): $

Method of Payment:      Enclosed ☒   Deposit Account ☐
Deposit Account
(Enter for payment by deposit account or if additional fees can be charged to the account.)
Deposit Account Number:      #

Authorization to charge additional fees:   Yes ☐   No ☐

**Statement and Signature**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

| J. Martin Osterwalder | *J. Martin Osterwalder* | 3-22-01 |
|---|---|---|
| Name of Person Signing | Signature | Date |

**PATENT**
**REEL: 011648 FRAME: 0379**

PTO/SB/41 (08-00)
Approved for use through 05/31/2002. OMB 0651-0027
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| ASSIGNMENT OF PATENT | Docket Number (optional) |
|---|---|

Whereas, I, J. Martin Osterwalder of _____ , hereinafter

referred to as patentee, did obtain a United States Patent for an improvement in _____

Apparatus for curing resin in Dentistry

No. 6102696 , dated 8/15/2000 ; and whereas, I am now the sole co-

owner of said patent, and,

Whereas, Osterwalder Living Trust, dtd 12/7/93, J. Martin & Anne-Marie

of ____ Cardiff, California 92007 _____    Osterwalder, trustees

hereinafter referred to as "assignee" whose mailing address is _____

2119 Via Tiempo

City of ____ Cardiff _____ , and State of __ California 92007 .

is desirous of acquiring the entire right, title and interest in the same;

Now, therefore, in consideration of the sum of __–0–__ dollars ($ __–0–__ ), the receipt whereof

is acknowledged, and other good and valuable consideration, I, the patentee, by these presents

do sell, assign and transfer unto said assignee the entire right, title and **all of my** interest in and to the said

Patent aforesaid; the same to be held and enjoyed by the said assignee for his own use and

behoof, and for his legal representatives and assigns, to the full end of the term for which said

Patent is granted, as fully and entirely as the same would have been held by me had this

assignment and sale not been made.

Executed this _____ 22 _____ day of _MARCH_ , 20 01 .

at ___ San Diego, California _____ .

J. Martin Osterwalder
(Signature)

State of CALIFORNIA
County of SAN DIEGO    SS:
Before me personally appeared said J. MARTIN OSTERWALDER
and acknowledged the foregoing instrument to be his free act and deed this 22 day
of March

MICHAEL B. FURMAN
Comm. # 1174060
NOTARY PUBLIC-CALIFORNIA
San Diego County
My Comm. Expires Feb. 20, 2002

Seal

(Notary Public)

Burden Hour Statement: This form is estimated to take 0.1 hours to complete. Time will vary depending upon the needs of the individual case. Any on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office. Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner of Patents and Trademarks. Washington, DC 20231.

PTO/SB/41 (08-00)
Approved for use through 05/31/2002. OMB 0651-0027
U. S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| ASSIGNMENT OF PATENT | Docket Number (optional) |
|---|---|

Whereas, I, J. Martin Osterwalder of _____ , hereinafter

referred to as patentee, did obtain a United States Patent for an improvement in _____
  laser beam path profile sensor system

No. 5521694 , dated 5/28/1996 ; and whereas, I am now the sole

owner of said patent, and,

Whereas, Osterwalder Living Trust, dtd 12/7/93, J. Martin & Anne-Marie
                                                      Osterwalder, trustees
of Cardiff, California 92007 _____

hereinafter referred to as "assignee" whose mailing address is _____
  2119 Via Tiempo

City of Cardiff , and State of California 92007 .

is desirous of acquiring the entire right, title and interest in the same;

Now, therefore, in consideration of the sum of —0— dollars ($ —0— ), the receipt whereof

is acknowledged, and other good and valuable consideration, I, the patentee, by these presents

do sell, assign and transfer unto said assignee the entire right, title and interest in and to the said

Patent aforesaid; the same to be held and enjoyed by the said assignee for his own use and

behoof, and for his legal representatives and assigns, to the full end of the term for which said

Patent is granted, as fully and entirely as the same would have been held by me had this

assignment and sale not been made.

Executed this 22 day of MARCH , 2001 .

at San Diego, California _____

*J. Martin Osterwall*
J. Martin Osterwalder
(Signature)

State of CALIFORNIA
County of SAN DIEGO SS:
Before me personally appeared said J. MARTIN OSTERWALDER
and acknowledged the foregoing instrument to be his free act and deed this 22 day
of MARCH , 2001

[Notary Seal: MICHAEL B. FURMAN
Comm # 1174080
NOTARY PUBLIC-CALIFORNIA
San Diego County]

Seal

*Michael B Furman*
(Notary Public)

Burden Hour Statement: This form is estimated to take 0.3 hours to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U. S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner of Patents and Trademarks, Washington, DC 20231.

RECORDED: 03/26/2001

PATENT
REEL: 011648 FRAME: 0381



A 7005471

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 30, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON
May 23, 2005.

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| J. Martin Osterwalder | 05/18/2005 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Nova Ranger, Inc. |
| Street Address: | 9885 Mesa Rim Road, Suite 127 |
| City: | San Diego |
| State/Country: | CALIFORNIA |
| Postal Code: | 92121 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 6102696 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (858)509-1677 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 858-509-1400 |
| Email: | jane@patentpending.com |
| Correspondent Name: | Donn K. Harms |
| Address Line 1: | 12702 Via Cortina, Suite 100 |
| Address Line 4: | Del Mar, CALIFORNIA 92014 |

| NAME OF SUBMITTER: | Donn K. Harms |
|---|---|

Total Attachments: 1
source=6102696#page1.tif

500032692

**PATENT**
**REEL: 016059 FRAME: 0376**

## ASSIGNMENT OF PATENT

WHEREAS I, J. MARTIN OSTERWALDER, of 9885 Mesa Rim Road, Suite 127, City of San Diego, County of San Diego, State of California, 92121, hereinafter referred to as patentee, did obtain a United States Patent for an improvement in APPARATUS FOR CURING RESIN IN DENTISTRY, No. 6,102,696, dated August 15, 2000; and whereas I am now the sole owner of said Patent and,

WHEREAS, NOVA RANGER, INC., a corporation organized and existing by virtue of the laws of the State of California, and having an office and place of business in the City of San Diego, County of San Diego, State of California, hereinafter referred to as "assignee" whose mailing address is 9885 Mesa Rim Road, Suite 127, San Diego, California 92121, is desirous of acquiring the entire right, title, and interest in the same;

NOW THEREFORE, in consideration of the sum of one dollar ($1), the receipt whereof is acknowledged, and other good and valuable consideration, I, the patentee, by these presents do sell, assign and transfer unto said assignee the entire right, title and interest in and to the said Patent aforesaid; the same to be held and enjoyed by the said assignee for its own use and behoof, and for its legal representatives and assigns, to the full end of the term for which said Patent is granted, as fully and entirely as the same would have been held by me had this assignment and sale not been made.

Executed this __18__ day of ___MAY_____ , 2005, as San Diego, California.

_J. Martin Osterwalder_

---
J. MARTIN OSTERWALDER

1

**PROOF OF SERVICE**

2

*Nova Ranger, Inc. v. Dentsply International, Inc.*
*Case No.: 06 CV 0559*

3

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

4

5

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

6

7

On May 5, 2006, I served the foregoing documents described as

8

**ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

9

on all interested parties in this action by placing [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

10

11

Jonathan A. Paul, Esq.
THE TECH LAW GROUP, P.C.
750 B Street, Suite 2850
San Diego, CA 92101
Ph: (619) 881-2305
Fax: (619) 696-8795
*Attorney for Plaintiff*

12

13

14

15

[ ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

16

17

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

18

19

20

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

Executed on May 5, 2006, at San Diego, California.

23

24

Carol A. Chavez

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4845-4657-5616.1