Case 3:06-cv-00559-B-NLS   Document 13   Filed 06/21/06   Page 1 of 3

USDC SCAN INDEX SHEET

















JOEH     6/23/06     9:56

3:06-CV-00559   NOVA RANGER, INC V. DENTSPLY

*13*

*O.*

FILED
06 JUN 21 PM 12: 25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA RANGER, INC., <br><br> Plaintiff, <br> v. <br><br> DENTSPLY, INC., et al., <br><br> Defendants. | Civil No. 06cv559-BEN(NLS) <br><br> **NOTICE AND ORDER GRANTING SECOND EX PARTE APPLICATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE IN PATENT CASE** |

Upon application of Defendant Dentsply International, this Court previously rescheduled the Early Neutral Evaluation Conference ("ENE") scheduled on July 5, 2006 to June 26, 2006. Now before the Court is a second application to move the ENE; defense counsel indicates that when communicating with chambers he mistakenly believed the ENE would be rescheduled on *July* 26 rather than *June* 26. Although Defendants are available on June 26, Plaintiff's counsel has a pre-planned vacation during that week and is thus unable. It is therefore requested that the ENE be rescheduled for any date in July except for July 5. Based on the application, the Court finds good cause to reschedule the ENE, **however, no further requests to continue the ENE will be entertained.** Good cause appearing,

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference presently scheduled on June 26, 2006 is **VACATED** and **RESCHEDULED** on *July 18, 2006* at *2:00 p.m.* before United States Magistrate Judge Stormes, United States Courthouse, 940 Front Street, Room 1118, San Diego, California.

/ / /

All other terms and conditions of the Court's prior order setting the ENE shall remain in full force and effect, including the requirement that the parties submit confidential ENE statements directly to chambers no later than **five** (5) court days prior to the ENE. The parties shall refer to the Court's prior order in preparing for the ENE.

**IT IS SO ORDERED.**

Dated: 6-20-06

NITA L. STORMES
United States Magistrate Judge