## USDC SCAN INDEX SHEET

















```
JOEH     6/30/06    10:21
3:06-CV-00559   NOVA RANGER, INC V. DENTSPLY
*14*
*MO.*
```

Minutes of the United States District Court
Southern District of California

JUNE 29, 2006

**Hon. ROGER T. BENITEZ**       **Deputy Clerk: GLENN RIVERA**       **Reporter: N/A**

| 06CV0559-BEN(NLS) | NOVA RANGER, INC. vs. DENTSPLY, ET AL. |

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

NO PARTIES PRESENT

ON COURT'S OWN MOTION, THIS CASE IS REASSIGNED TO DISTRICT JUDGE RUDI M. BREWSTER FOR ALL FURTHER PROCEEDINGS

THE NEW CASE NUMBER IS: 06CV0559-B(NLS)


cc: Chambers of Judge Brewster
    Chambers of Judge Benitez
    Chambers of Magistrate Judge Stormes
    Courtroom Deputy to Judge Brewster
    Courtroom Deputy to Magistrate Judge Stormes