















JOEH    7/6/06    11:09

3:06-CV-00559  NOVA RANGER, INC V. DENTSPLY

*16*

*O.*

FILED

2006 JUL -6  AM 8: 17

CLERK US DIST...   ...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOVA RANGER, INC., | ) | Civil No. 06cv559-BEN(NLS) |
| Plaintiff, | ) | **NOTICE AND ORDER AMENDING** |
| v. | ) | **STIPULATED PROTECTIVE ORDER** |
| DENTSPLY, INC., et al., | ) | |
| Defendants. | ) | |

The Stipulated Protective Order submitted by the parties in this case has been approved by separate order but is HEREBY AMENDED to include the following provisions:

> Nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

> The Court may modify the protective order in the interests of justice or for public policy reasons.

The above-stated provisions supercede any conflicting provisions contained in the Stipulated Protective Order.

IT IS SO ORDERED.

Dated: 7-5-06

NITA L. STORMES
United States Magistrate Judge

1

06cv559-BEN(NLS)