USDC SCAN INDEX SHEET










```
AXR    7/25/06    9:10
3:06-CV-00559   NOVA RANGER, INC V. DENTSPLY
*17*
*MO.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

06cv559 B ←

Case: Nova Ranger v. Dentsply    Case No: 05cv559-B (NLS)

HON. Nita L. Stormes    CT. DEPUTY George Perrault    Rptr.

Present

Plaintiff(s):

Defendant(s):

    On July 18, 2006, the Court convened an Early Neutral Evaluation Conference in the above case. The case did not settle, however, at the close of the Conference the Court made a settlement recommendation to the parties and gave them until close of business on July 31, 2006 to decide whether to accept it.

DATE: July 20, 2006    INITIALS: /s/ Deputy