# USDC SCAN INDEX SHEET

















```
JOEH     8/2/06    11:27
3:06-CV-00559    NOVA RANGER, INC V. DENTSPLY
*18*
*O.*
```

2006 AUG -1 PM 2:21

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA RANGER, INC., ) | Civil No. 06cv559-B(NLS) |
| Plaintiff, ) | **NOTICE AND ORDER SETTING** *TELEPHONIC* **SETTLEMENT** |
| v. ) | **DISPOSITION CONFERENCE** |
| DENTSPLY, INC., et al., ) | |
| Defendants. ) | |

On July 18, 2006, the Court convened an Early Neutral Evaluation Conference in the above-referenced case. The case did not settle, however, at the close of the conference the Court made a settlement recommendation to the parties and gave them until close of business on July 31, 2006 to decide whether to accept it. On July 31, 2006, the Court was notified by defense counsel that all sides have accepted the Court's recommendation and the case has therefore settled. Accordingly,

**IT IS HEREBY ORDERED** that a *telephonic* Settlement Disposition Conference will be held on *September 15, 2006*, at *9:00 a.m.* before Magistrate Judge Stormes. Defense counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if a signed stipulation for dismissal of this case is filed and <u>a copy of the signed stipulation is provided to the chambers of Magistrate Judge Stormes prior to that time</u>. Alternatively, the telephonic

///
///
///

1

06cv559-B(NLS)

1. Settlement Disposition Conference will be taken off calendar if the **original** stipulation for dismissal is
2. delivered to Magistrate Judge Stormes' chambers before the conference.
3. Dated: 7-31-06

*/s/ Nita L. Stormes*
NITA L. STORMES
United States Magistrate Judge