**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. Anthony Moya     [CA Bar No. 137786]
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

**McNEES WALLACE & NURICK, LLC**
Harvey Freedenberg   [PA Bar No. 23152]
Shawn K. Leppo       [PA Bar No. 94569]
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
Telephone: (717) 237-5267
Facsimile: (717) 237-5300

Attorneys for Defendant
DENTSPLY INTERNATIONAL, INC.

RECEIVED
SEP 12 2006
NITA L. STORMES
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA RANGER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY INTERNATIONAL, INC.; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 06 CV 0559<br><br>**STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>The Hon. Rudi M. Brewster<br>Magistrate Judge Nita L. Stormes<br><br>Action Filed: March 14, 2006 |
| DENTSPLY INTERNATIONAL, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NOVA RANGER, INC.,<br><br>Counterclaim Defendant<br><br>and<br><br>J. MARTIN and ANNE-MARIE OSTERWALDER, in their capacity as Trustees of the OSTERWALDER LIVING TRUST,<br><br>Third-Party Defendants. | |

4812-4547-1489.1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  respective counsel that the above-captioned action, counterclaim and third party claim be and
3  hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

4  DATED: September 12, 2006          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6  By /s/ R. Anthony Moya
7       R. Anthony Moya

8       And

9  **McNEES WALLACE & NURICK, LLC**
10  Harvey Freedenberg
    Shawn K. Leppo
    Attorneys for Defendant and Counterclaim Plaintiff
11  DENTSPLY INTERNATIONAL INC.

12  DATED: September 12, 2006          **THE TECH LAW GROUP, PC**

14  By /s/ Jonathan A. Paul
15       Jonathan A. Paul
    Attorneys for Plaintiff and Counterclaim Defendant
16  NOVA RANGER, INC., and Third-Party Defendants,
    J. MARTIN and ANNE-MARIE OSTERWALDER,
17  in their capacity as Trustees of the OSTERWALDER
    LIVING TRUST